Eastern District of Kentucky
F I L E D
AUG 19 2019
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
(At COVINGTON)

| | | |
|---|---|---|
| DAVID BELL, ET AL., | ) | Case No. 2:19-CV-00053-DLB-CJS |
| PLAINTIFFS | ) | |
| | ) | Judge David L. Bunning |
| VS. | ) | Magistrate Judge Candace J. Smith |
| | ) | |
| KOKOSING INDUSTRIAL, INC., ET AL., | ) | |
| DEFENDANTS | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AGREED ORDER

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

WHEREAS, Plaintiffs filed their complaint on April 26, 2019, and requested that each defendant waive service of a summons under Rule 4(d);

WHEREAS, Defendants, Kokosing Industrial, Inc., filed a motion to dismiss part of the complaint;

WHEREAS, City of Cincinnati and The Metropolitan Sewer District of Greater Cincinnati, Ashcraft Sand & Gravel, and ATC Group Services LLC aka ATC Associates, Inc., have filed separate motions to dismiss the complaint;

WHEREAS, Plaintiffs desire to file an Amended Complaint to promote judicial economy and to be less burdensome to the parties and the district court rather than responding and ruling on four separate motions and responses;

WHEREAS, the parties have conferred on the procedural issue by telephone and/or E-mail and the parties being in agreement that Plaintiffs shall file their Amended Complaint on August 19, 2019;

WHEREAS, the parties agree that Defendants shall file their respective Answer or otherwise plead on September 9, 2019; and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that

(1) Plaintiffs shall file their Amended Complaint on August 19, 2019; and

(2) Defendants shall file their respective Answer or otherwise plead on September 9, 2019.

19 Aug. 19

Signed By:
*David L. Bunning*
United States District Judge

Judge, U.S. District Court, EDKY

Proposed Order Tendered by:

/s/ Jeffrey M. Sanders
Jeffrey M. Sanders, Attorney (KY Bar 82106)
Jeffrey M. Sanders PLLC
34 Glenway Avenue
Fort Thomas, KY 41075
859-380-6867
jms@jsanderslaw.com