UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 19-53-DLB-CJS

DAVID BELL and CINDY WILDER BELL                                                 PLAINTIFFS

v.                                            **JUDGMENT**

KOKOSING INDUSTRIAL, INC.                                                          DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

Pursuant to Rules 52 and 58 of the Federal Rules of Civil Procedure, in accordance with the Findings of Fact and Conclusions of Law entered concurrently herewith, and with the Court being otherwise sufficiently advised,

**IT IS ORDERED and ADJUDGED** as follows:

(1)    Judgment is entered in favor of Plaintiffs in the amount of $1.00 on their intentional trespass claim, but only with respect to the 68 loads of fill dirt delivered on October 19, 2017;

(2)    Judgment is entered in favor of Defendant Kokosing on Plaintiffs' claims of breach of contract and fraudulent misrepresentation;

(3)    This matter is **STRICKEN** from the Court's active docket.

This is a **FINAL and APPEALABLE** Order, and no just cause for delay exists.

This 1st day of August, 2023.



Signed By:
*David L. Bunning*   DB
**United States District Judge**

K:\DATA\ORDERS\Cov2019\19-53 Judgment.docx