**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | | |
|---|---|---|
| **DAVID AND CINDY BELL,** | ) | |
| | ) | **HON. DAVID L. BUNNING** |
| PLAINTIFFS, | ) | |
| v. | ) | **CIVIL ACTION NO. 2:19CV0053** |
| | ) | |
| **KOKOSING INDUSTRIAL, INC.** | ) | |
| | ) | |
| DEFENDANT. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs, David and Cindy Bell, and their attorneys, Jeffrey M. Sanders PLLC, and JSB Attorneys PLLC (successor-in-interest to Wallace Boggs PLLC) appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on August 1, 2023.

Respectfully submitted,

/s/*Jeffrey M. Sanders*
JEFFREY M. SANDERS (Ky Bar 82106)
Law Office of Jeffrey M. Sanders PLLC
1010 Banklick Street
Covington, Kentucky 41011
Telephone: (859) 380-6867
Email: jms@sanderslaw.com

JEFFREY C. SHIPP (81414)
JSB Attorneys PLLC
334 Beechwood Road, Suite 303
Ft. Mitchell, KY 41017
Telephone: (859) 578-5410
Email: jshipp@jsbattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appeal was electronically served on Hon. Robert Johnson and Hon. Andrew Kolesar, Attorneys for Kokosing Industrial, Inc., Thompson Hines LLP, 312 Walnut Street, Suite 2000, Cincinnati, Ohio 45202-4024, and to all other registered parties by operation of the district court's electronic filing system on the 30th day of August 2023.

/s/ *Jeffrey M. Sanders*, Attorney at Law