UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 23-5791

DAVID BELL; CINDY WILDER BELL,

    Plaintiffs - Appellants,

v.

KOKOSING INDUSTRIAL, INC.; CITY OF CINCINNATI, OHIO; METROPOLITAN SEWER DISTRICT OF GREATER CINCINNATI; ATC GROUP SERVICES, LLC; ASHCRAFT SAND & GRAVEL COMPANY, INC.,

    Defendants - Appellees.

> FILED
> Jul 26, 2024
> KELLY L. STEPHENS, Clerk

Before: MOORE, McKEAGUE, and GRIFFIN, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Kentucky at Covington.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

ENTERED BY ORDER OF THE COURT

_Kelly L. Stephens_

Kelly L. Stephens, Clerk